583 A.2d 320
STATE OF NEW JERSEY v. JOHN MAZUREK.

February 13, 1990.

Petition for certification denied. (See 237 *N.J.Super.* 231, 567 *A.*2d 277)

583 A.2d 320
STATE OF NEW JERSEY v. RICHARD J. SPILLANE.

February 13, 1990.

Petition for certification denied.

583 A.2d 321
STATE OF NEW JERSEY v. JUDITH M. TOWFIGHI.

February 13, 1990.

Petition for certification denied.

583 A.2d 321
STATE OF NEW JERSEY v. HENRY BRUCE JACOBOSKI.

February 13, 1990.

Petition for certification denied.